**Judge Pauley**

07 CV 6968

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

and

GORDON GARMENT COMPANY, DIVISION
OF A.H. SCHREIBER CO., INC. and A.H.
SCHREIBER CO., INCORPORATED,
Defendants.

NO. _____



AUG 03 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for <u>The Trustees of the UNITE HERE National Health Fund and The Trustees of the UNITE HERE National Retirement Fund</u> certifies that the UNITE HERE National Health Fund has no corporate parents, subsidiaries or affiliates. The UNITE HERE National Retirement Fund certifies that other than the ALICO Services Corp., a holding company system, it has no corporate parents, subsidiaries or affiliates.

_____August 1, 2007_____
Date

_____[signature]_____
Mark Schwartz, Esq. – MS 0148