UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                   Plaintiffs,

and

GORDON GARMENT COMPANY, DIVISION OF
A.H. SCHREIBER CO., and A.H. SCHREIBER CO.,
INCORPORATED,
                   Defendants.

**AFFIDAVIT OF SERVICE**
07 Civ. 6968 (WHP)

STATE OF NEW YORK    )
                              ) ss.
County of New York     )

Annie Habeeb, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2.    On October 31, 2007 I served the Defendant herein with a copy of the Notice of Dismissal Pursuant to Rule 41(a) by causing a true copy of said Motion papers to be addressed to the Defendant at 460 West 34th Street, 10th Floor, New York, New York 10001 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 4421 and regular mail.

                                                                    *Annie Habeeb*
                                                                    Annie Habeeb

Sworn to, before me, this
31st day of October 2007

ARMAND SPILOTROS
NOTARY PUBLIC, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires July 31, 2009