UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                                    Plaintiffs,

against

GORDON GARMENT COMPANY, DIVISION OF
A.H. SCHREIBER CO., and A.H. SCHREIBER
CO., INCORPORATED,
                                    Defendants.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(a)
07 Civ. 6968 (WHP)

SIRS:

**PLEASE TAKE NOTICE**, that The Trustees of the UNITE HERE National Health Fund and The Trustees of the UNITE HERE National Retirement Fund (hereinafter, the "Plaintiffs"), having commenced the within action by filing a Complaint on August 3, 2007, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice; it is

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: October 30, 2007
       New York, New York

_____
Mark Schwartz, Esq. (MS-0148)
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

**SO ORDERED:**

_____
William H. Pauley III
United States District Court Judge